NO. 07-10-00164-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 28, 2010

_____

NYLES MARTIN, APPELLANT

v.

CACV OF COLORADO, LLC, APPELLEE

_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2008-561,931; HONORABLE JUDY C. PARKER, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, Nyles Martin, has filed a motion to dismiss this appeal because he no longer desires to pursue it.  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  See TEX. R. APP. P. 42.1(a)(1).  While Martin's motion requests that costs be charged to the party incurring them, there is no valid agreement of the parties to allocate costs in this manner.  See TEX. R. APP. P. 6.6.[1]  Therefore, all costs related to this appeal are assessed against appellant.  See

_____

[1] An agreement of the parties or their counsel concerning an appellate court proceeding must be writing and signed by the parties or their counsel.  Id.

TEX. R. APP. P. 42.1(d).[2]  If dismissal will prevent appellee from seeking relief to which it would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing.  No motion for rehearing from appellant will be entertained.


                                          Mackey K. Hancock
                                               Justice

---

[2] Absent a valid agreement of the parties, the Court will tax costs against the appellant. Id.